IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  ANNA FAYE GARDNER                                       CASE NO: 18-13239
       DEBTOR                                                              CHAPTER 13

**OBJECTION TO THE CLAIM FILED
BY INTERNAL REVENUE SERVICE**

**COMES NOW** the Debtor named above and files this her Objection to the Claim filed by Internal Revenue Service (hereinafter "IRS"), showing the court as follows:

The IRS filed a priority claim in the amount of $12,300.66.  The Debtor objects to the priority claim in the amount of $11,766.16 for the tax year 2014.  The Debtor filed her tax return for tax year 2014 on time and therefore it should only be a general unsecured claim.

**WHEREFORE**, the Debtor respectfully requests that the IRS's priority claim only be allowed in the amount of $534.50 and for such other and further relief as this court deem just and proper under the circumstances.

    Respectfully submitted,

    */s/ R. Gawyn Mitchell*
    R. GAWYN MITCHELL, 3383
    Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: ANNA FAYE GARDNER<br>DEBTOR | CASE NO: 18-13239<br>CHAPTER 13 |

## NOTICE OF OBJECTION TO CLAIM

YOU ARE HEREBY NOTIFIED that an objection to your claim has been filed in the above referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

> Shallanda J. Clay, Clerk of Court
> Cochran U.S. Bankruptcy Court
> Northern District of Mississippi
> 703 Highway 145 North
> Aberdeen, MS 39703-0867

and a copy must be served on the undersigned Debtor's attorney and the Chapter 13 trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the Court will notify you of the date, time and place of the hearing thereon.

DATED: June 20, 2019

| | |
|---|---|
| | */s/ R. Gawyn Mitchell* |
| CHAPTER 13 STANDING TRUSTEE | ATTORNEY FOR DEBTOR |
| Terre M. Vardaman | 112 5th Street South |
| Post Office Box 1326 | Post Office Box 1216 |
| Brandon, MS 39043 | Columbus, MS 39703-1216 |
| Telephone No: (601) 825-7663 | Telephone No: (662) 327-3344 |

## **CERTIFICATE OF SERVICE**

      I, R. Gawyn Mitchell, Attorney for the Debtor, do hereby certify that I have this day either mailed, a true and correct copy by United States mail, postage prepaid, or electronically mailed, a copy of the attached Objection to the following:

Terre M. Vardaman
VARDAMAN13ECF@gmail.com

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

U.S. Attorney
900 Jefferson Ave.
Oxford, MS 38655


DATED: June 20, 2019


                                          */s/ R. Gawyn Mitchell*_____
                                           R. GAWYN MITCHELL
                                           Attorney at Law


R. GAWYN MITCHELL, P.A.
112 5th Street South
Post Office Box 1216
Columbus, MS  39703-1216
(662) 327-3344